Douglas B. SEIBERT, Plaintiff–
Appellant,

v.

Nannie MOHEAD, S2 VCE Woodshop Manager; Frank Roach, Unit Manager/Building Supervisor; Jesse Arrington, Correctional Officer; Milton

Reed, VCE General Manager; Doug Chapman, S2 VCE Woodshop Manager; Belton Williams, VCE Industrial Group Manager, Defendants–Appellees.

No. 12–7726.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 20, 2012.

Decided: Dec. 27, 2012.

Douglas B. Seibert, Appellant Pro Se.

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Douglas B. Seibert appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we deny Seibert's motion to appoint counsel, and affirm for the reasons stated by the district court. *Seibert v. Mohead,* No. 2:12–cv–00399–RAJ–TEM (E.D.Va. Sept. 4, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*